IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JUAN FRANCISCO AMADOR GUEVARA ,          *

                Petitioner,          *

v.          Case No. 7:26-cv-94 (LAG-AGH)

                                              *

WARDEN, IRWIN COUNTY DETENTION
CENTER, et al.,          *

                Respondents.          *

_____

**J U D G M E N T**

Pursuant to this Court's Order dated July 21, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 22nd day of July, 2026.

                David W. Bunt, Clerk


                s/ Katie Logsdon, Deputy Clerk